RECEIVED
MAR 15 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MUNTU AKILI (#35039-060), Plaintiff | CIVIL ACTION NO. 1:16-CV-655; "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN M. D. CARVAJAL, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED AND DISMISSED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15th day of March, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE